People v Periera (2025 NY Slip Op 00059)

People v Periera

2025 NY Slip Op 00059

Decided on January 07, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 07, 2025

Before: Singh, J.P., Kapnick, Scarpulla, Pitt-Burke, O'Neill Levy, JJ. 

Ind. No. 326/21, 1016/21 Appeal No. 3396-3396A Case No. 2022-05771, 2022-02857 

[*1]The People of the State of New York, Respondent,
v
Jairo Periera, Defendant-Appellant.

Caprice R. Jenerson, Office of the Appellate Defender, New York (Christiana Hope Prater-Lee of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Samuel Z. Goldfine of counsel), for respondent.

Judgment, Supreme Court, New York County (Thomas A. Farber, J.), rendered April 20, 2022, as amended October 20, 2022, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of two years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed. Judgment, same court (April A. Newbauer, J.), rendered June 9, 2022, convicting defendant, upon his plea of guilty, of attempted murder in the second degree, and sentencing him to a prison term of six years, to run concurrently with the attempted weapon possession sentence, unanimously affirmed.
We perceive no basis for reducing the sentence imposed on defendant's attempted murder conviction. However, based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing on his conviction of attempted criminal possession of a weapon in the second degree (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 7, 2025